**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Robert E. Blackburn, Judge**

Civil Case No. 04-cv-01811-REB-CBS

CIARA DAWN, LLC, a Colorado limited liability company,

    Plaintiff,

v.

ESCAPE ENTERPRISES, LTD., an Ohio limited liability company,

    Defendant.

**ORDER DISMISSING WITHOUT PREJUDICE
DEFENDANT'S MOTION TO DISMISS, STAY OR TRANSFER
AND MEMORANDUM IN SUPPORT**

**Blackburn, J.**

    The matter before me is Defendant's Motion to Dismiss, Stay or Transfer and Memorandum in Support [#21], filed December 6, 2004.  A status report filed August 25, 2005 [#49], represented that "[t]he parties have entered into a settlement agreement and are in the final stages of executing the settling documents."  Although no motion to dismiss was filed on or before September 26, 2005, as directed by the court (*see* Minute Order [#50], filed August 25, 2005), I will take the parties at their word that a settlement has been achieved, which only requires written formalization. Under the circumstances, there is no reason for this pending motion to continue to clutter the court's docket.

    **THEREFORE, IT IS ORDERED** that Defendant's Motion to Dismiss, Stay or Transfer and Memorandum in Support [#21], filed December 6, 2004, is **DENIED**

**WITHOUT PREJUDICE**.

    Dated September 27, 2005, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Robert E. Blackburn_____
                                      Robert E. Blackburn
                                      United States District Judge