IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01811-REB-CBS

CIARA DAWN, LLC, a Colorado limited liability company

Plaintiff,

v.

ESCAPE ENTERPRISES, LTD., an Ohio limited liability company,

Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

On September 29, 2005, the parties filed a **Stipulation for Dismissal With Prejudice** [#52]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice** [#52], filed on September 29, 2005, is **APPROVED**;

2. That this action is **DISMISSED WITH PREJUDICE**;

3. That each party shall pay its own attorney fees and costs;

4. That the Trial Preparation Conference set for August 4, 2006, is **VACATED**; and

5. That the jury trial set to commence August 7, 2006, is **VACATED**.

Dated September 29, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge